**Electronically Filed
Supreme Court
SCWC-23-0000420
06-OCT-2025
01:07 PM
Dkt. 9 ODAC**

SCWC-23-0000420

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

SUNHUI YIN,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000420; CASE. NO. 3DCW-22-0001561)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Souza, in place of Recktenwald, C.J., recused)

Petitioner Sunhui Yin's Application for Writ of

Certiorari, filed on August 27, 2025, is hereby rejected.

DATED: Honolulu, Hawaiʻi, October 6, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Kevin A.K. Souza

